129 P.3d 1197

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**February 9, 2006**

| | | |
|---|---|---|
| 26211 | State v. Bezerra | Affirmed |

**February 10, 2006**

| | | |
|---|---|---|
| 26807 | State v. Takemoto | Affirmed |

**February 14, 2006**

| | | |
|---|---|---|
| 26674 | State v. Legaspi | Affirmed |

**February 15, 2006.**

| | | |
|---|---|---|
| 26758 | Springer v. Springer | Affirmed |
| 26719 | State v. Carineo | Affirmed |

**February 17, 2006**

| | | |
|---|---|---|
| 26430 | State v. Cabiles | Affirmed |
| 26673 | State v. Dennis | Affirmed |
| 26600 | State v. Henneman | Affirmed |

**February 24, 2006**

| | | |
|---|---|---|
| 26793 | Bienvenue v. Bienvenue | Vacated and Remanded |
| 26095 | Cabinet Distributors, Inc. v. GEBCO of Hawaii, Inc. | Vacated and Remanded |
| 26384 | State v. Batalona | Affirmed |
| 26572 | Terry v. State | Affirmed |

**February 28, 2006**

| | | |
|---|---|---|
| 26509 | Smith v. Straub Clinic and Hosp. | Denied |
| 26236 | State v. Kim | Vacated in part, Remanded |

**March 2, 2006**

| | | |
|---|---|---|
| 26957 | Harding v. Richmond | Vacated and Remanded |